In the Matter of the Transfer Tax upon the Estate of WILLIAM H. TILLINGHAST, Deceased. The COMPTROLLER OF THE STATE OF NEW YORK, Appellant; METROPOLITAN TRUST COMPANY, as Executor, etc., Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

In the Matter of the Transfer Tax upon the Estate of LOUISE TILLINGHAST, Deceased. WILLIAM P. DIXON and Others, as Executors, etc., Appellants; COMPTROLLER OF THE STATE OF NEW YORK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

WILLIAM H. CROOK, JR., Appellant, v. JACOB L. LIPTON, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on Crook v. Lipton (182 App. Div. 858), decided herewith. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

HENRY HARPER BENEDICT, Appellant, v. GEORGE W. SCHURMAN, Individually and as Trustee, etc., Respondent, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to renew motion for examination of defendant before trial, on Bamberger v. Cooke (181 App. Div. 805). Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

HENRY HARPER BENEDICT, Appellant, v. ARCHIBALD A. FORREST, Individually and as Trustee, etc., Respondent, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, with leave to renew motion for examination of defendant before trial on Bamberger v. Cooke (181 App. Div. 805). Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

W. RUTGER J. PLANTEN, Suing for Himself as Stockholder and for All Other Stockholders of the NATIONAL NASSAU BANK OF NEW YORK, Similarly Situated, Respondent, v. THE NATIONAL NASSAU BANK OF NEW YORK and Others, Impleaded with EDWARD EARL and Others, Appellants.— Order modified as stated in order entered hereon, and as modified affirmed, with ten dollars costs and disbursements to the appellants. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

PETER MATTIALI, Respondent, v. PENNSYLVANIA COAL COMPANY, Appellant.— Appeal from order of March first dismissed. Order of February seventh reversed, with ten dollars costs and disbursements, and motion granted upon defendant filing stipulation to waive the Statute of Limitations in the event of an action being brought upon the same cause of action within 120 days from service of the order to be entered hereon with notice of entry thereof and of the filing of such stipulation. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

ELIPHALET W. TYLER, Respondent, v. TWIN CITY POWER COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.